IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZERUNDRICK GUY                                                                      PLAINTIFF

v.                              No. 5:18-cv-194-DPM

TONIA STAFFORD, Police Officer,                                            DEFENDANTS
Dumas Police Department, GREG
FREEMAN, Police Officer, Dumas,
Police Department, STEPHANIE
ESAW, Jailor, Dumas Police Department,
CARL McCREE, ESLIE LEE WARREN,
DOE, Channel 5 Evening News

ORDER

On the same day the Court entered its 6 August 2018 Order, it received Guy's second application to proceed *in forma pauperis*. № 5. Like the first, it is incomplete: the calculation sheet and certificate are blank. The application is therefore denied without prejudice. Guy must still file a complete application by 5 September 2018. № 4. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2018