IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZERUNDRICK GUY                                                  PLAINTIFF

v.                      No. 5:18-cv-194-DPM

TONIA STAFFORD, Police Officer,
Dumas Police Department; GREG
FREEMAN, Police Officer, Dumas,
Police Department; STEPHANIE
ESAW, Jailor, Dumas Police Department;
CARL McCREEl; ESLIE LEE WARREN;
and DOE, Channel 5 Evening News              DEFENDANTS

## JUDGMENT

Guy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2018