# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ZERUNDRICK GUY                      PLAINTIFF

v.                 No. 5:18-cv-194-DPM

TONIA STAFFORD, Police Officer,
Dumas Police Department; GREG
FREEMAN, Police Officer, Dumas,
Police Department; STEPHANIE
ESAW, Jailor, Dumas Police Department;
CARL McCREEl; ESLIE LEE WARREN;
and DOE, Channel 5 Evening News            DEFENDANTS

## ORDER

Guy has filed a new paper in this closed case. № 17. As best the Court can tell, Guy asks that the Court defer his payments toward the filing fee until he is released. The statute requires that all prisoners who file a lawsuit *in forma pauperis* make monthly installment payments from their prisoner account. 28 U.S.C. § 1915(b). It doesn't allow the Court to defer payment. Guy's motion, № 17, is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 March 2019